

# FLORIDA DEPARTMENT of STATE

**RICK SCOTT**
Governor

**KEN DETZNER**
Secretary of State

September 7, 2016
(also via email at: flaindyparty@aol.com)

Ernest William Bach, Chairperson
Independent Party of Florida
Building 300, Suite 365
700 Starkey Road
Largo, Florida 33771-2334

Dear Chairperson Bach:

This acknowledges receipt on September 1, 2016, of your document naming presidential and vice presidential candidates and containing a list containing names and addresses of 29 electors for the Independent Party of Florida.

Your submission does not comply with the requirements of section 103.021(4)(a), Florida Statutes, because your party is not affiliated with a "national party" — a political party that by definition is registered with and recognized as a qualified national committee of a political party by the Federal Election Commission.

Therefore, the Department of State does not have the authority to order the names of the candidates nominated by your minor political party to be included on the ballot and may not permit the list of electors you submitted to be certified as electors.

For further guidance, please refer to section 103.021(4)(b), detailing the guidelines minor political parties that are not affiliated with a national party must follow, prior to having names of its candidates for President and Vice President printed on the general election ballot.

Respectfully,

Maria Matthews, Esq.
Director, Division of Elections

Pc: Kristi Bronson, Chief, Bureau of Election Records



Exhibit B