**WHAT IS THE HIGHEST PETITION REQUIREMENT EVER MET BY A CANDIDATE?**

| State | Year | Candidate | Ballot Label | Office | Signatures Required |
|---|---|---|---|---|---|
| Ala. | 2008 | Chuck Baldwin | independent | President | 5,000 |
| Alas. | 1982 | Dick Randolph | Libertarian | Governor | *4,880 |
| Ariz. | 2008 | Ralph Nader | independent | President | 21,759 |
| Ark. | 2006 | Rod Bryan | independent | Governor | 10,000 |
| Calif. | 1992 | Ross Perot | independent | President | 134,781 |
| Colo. | 1992 | Ross Perot | independent | President | *5,000 |
| Conn. | 1994 | Tom Scott | Independence | Governor | *11,412 |
| Del. | 1992 | Ross Perot | Independent | President | 2,880 |
| D.C. | 1964 | Clifton DeBerry | Soc. Workers | President | *13,319 |
| Fla. | 1996 | Ross Perot | Reform | President | *65,596 |
| Ga. | 1968 | George Wallace | American | President | *83,339 |
| Hi. | 1992 | Ross Perot | independent | President | 3,686 |
| Ida. | 1980 | John Anderson | independent | President | *10,323 |
| Ill. | 1975 | Willie Mae Reed | Soc. Workers | Mayor of Chicago | *41,403 |
| Ind. | 1988 | Lenora Fulani | New Alliance | President | 31,077 |
| Iowa | 2008 | Cynthia McKinney | Green | President | 1,500 |
| Kan. | 2008 | Ralph Nader | independent | President | 5,000 |
| Ky. | 2008 | Ralph Nader | independent | President | 5,000 |
| La. | 1992 | Ross Perot | Prudence, Action, Results | President | 5,000 |
| Me. | 1976 | Benjamin Bubar | Prohibition | President | *10,920 |
| Md. | 1980 | John Anderson | independent | President | *55,517 |
| Mass. | 1962 | H. Stuart Hughes | independent | U.S. Senator | *72,514 |
| Mich. | 2004 | Ralph Nader | independent | President | *31,766 |
| Minn. | 2008 | Bob Barr | Libertarian | President | 2,000 |
| Miss. | 2008 | Ralph Nader | independent | President | 1,000 |
| Mo. | 1988 | Lenora Fulani | New Alliance | President | *21,083 |
| Mt. | 1994 | Steve Kelly | independent | U.S. House-at-large | 10,186 |
| Neb. | 2008 | Ralph Nader | independent | President | 2,500 |
| Nev. | 1980 | John Anderson | independent | President | *9,533 |
| N.H. | 2008 | Bob Barr | Libertarian | President | 3,000 |
| N.J. | 2009 | Chris Daggett | independent | Governor | 800 |
| N.M. | 2004 | Ralph Nader | independent | President | 14,527 |
| N.Y. | 1992 | Norma Segal | Libertarian | U.S. Senator | *20,000 |

Exhibit C
Pages 1 of 2

| No.C. | 1992 | Ross Perot | independent | President | 63,831 |
|-------|------|------------|-------------|-----------|--------|
| No.D. | 2008 | Ralph Nader | independent | President | 4,000 |
| Ohio | 1946 | Arla Albaugh | Socialist Labor | Governor | *30,953 |
| Okla. | 1988 | Ron Paul | Libertarian | President | 37,671 |
| Ore. | 1980 | John Anderson | independent | President | *30,897 |
| Pa. | 1984 | David Bergland | Libertarian | President | 49,993 |
| R.I. | 2008 | Gloria La Riva | Socialism & Liberation | President | 1,000 |
| So.C. | 2008 | Ralph Nader | independent | President | 10,000 |
| So.D. | 1934 | Knute Walsted | independent | Governor | *5,682 |
| Tenn. | 2008 | Cynthia McKinney | independent | President | 275 |
| Tex. | 1996 | Ross Perot | independent | President | 61,541 |
| Utah | 2008 | Ralph Nader | independent | President | 1,000 |
| Vt. | 1970 | William Meyer | Liberty Union | U.S. Senator | 1,611 |
| Va. | 1996 | Harry Browne | Libertarian | President | *15,168 |
| Wash. | 2008 | Bob Barr | Libertarian | President | 1,000 |
| W.V. | 2008 | Chuck Baldwin | Constitution | Constitution | *15,118 |
| Wis. | 1964 | Wayne Leverenz | Socialist Workers | U.S. Senator | *5,000 |
| Wy. | 1996 | Ross Perot | independent | President | *9,810 |

See page 4 for more on this chart.  The chart refers to petitions that list a candidate running in a general election.  An asterisk in the "signatures required" column means the law that required that candidate to get that many signatures has since been amended to require fewer signatures.

Exhibit C
Pages 2 of 2