April 1, 2020                                                                                                              Ballot Access News

# PARTIES ORGANIZED IN ONLY A SINGLE STATE WITH PRESIDENTIAL CANDIDATES

| State | Year | Party | Presidential Candidate |
|---|---|---|---|
| Alabama | 1968 | National Democratic of Alabama | Hubert Humphrey |
| Alaska | 2008 | Alaskan Independence | Chuck Baldwin |
| Arizona | 1932 | Arizona Progressive Democratic | Franklin D. Roosevelt |
| Arkansas | 1992 | Independent Party | Ross Perot |
| California | 2016 | American Independent | Donald Trump |
| Colorado | 2016 | Approval Voting | Frank Atwood |
| Connecticut | 2008 | Independent Party | Ralph Nader |
| Delaware | 2004 | Independent Party | Ralph Nader |
| Florida | 2004 | Ecology Party | Ralph Nader |
| Georgia | 1944 | Independent Democratic | Thomas Dewey |
| Hawaii | 2008 | Independent Party | Ralph Nader |
| Idaho | - - | - - | - - |
| Illinois | 1988 | Illinois Solidarity | Lenora Fulani |
| Indiana | 1932 | National | John Zahnd |
| Iowa | - - | - - | - - |
| Kansas | 1968 | Conservative | George Wallace |
| Kentucky | - - | - - | - - |
| Louisiana | 1992 | Prudence, Action, Results | Ross Perot |
| Maine | - - | - - | - - |
| Maryland | 2004 | Populist | Ralph Nader |
| Massachusetts | 1992 | Independent Voters Party | Howard Phillips |
| Michigan | 1936 | Commonwealth | William Lemke |
| Minnesota | 2016 | Independence | Evan McMullin |
| Mississippi | - - | - - | - - |
| Missouri | 1924 | Liberal | Robert La Follette |
| Montana | - - | - - | - - |
| Nebraska | 2004 | Nebraska Party | Michael Peroutka |
| Nevada | 1892 | Silver | James B. Weaver |
| New Hamp. | - - | - - | - - |
| New Jersey | 1960 | Conservative | J. Bracken Lee |
| New Mex. | 2016 | Better for America | Evan McMullin |
| New York | 1980 | Liberal | John B. Anderson |
| North Carolina | 1980 | Independent Party | John B. Anderson |
| North Dakota | - - | - - | - - |
| Ohio | - - | - - | - - |
| Oklahoma | - - | - - | - - |
| Oregon | 2008 | Peace | Ralph Nader |
| Pennsylvania | 1968 | Constitutional | George Wallace |
| Rhode Island | - - | - - | - - |
| South Carolina | 2016 | Independence | Evan McMullin |
| South Dakota | - - | - - | - - |
| Tennessee | - - | - - | - - |
| Texas | 1944 | Texas Regulars | Unpledged electors |
| Utah | 2016 | Independent American | Rocky Giordani |
| Vermont | 2000 | Progressive | Ralph Nader |
| Virginia | 1960 | Virginia Conservative | C. Benton Coiner |
| Washington | 1936 | Christian | William Dudle Pelley |
| West Virginia | - - | - - | - - |
| Wisconsin | - - | - - | - - |
| Wyoming | - - | - - | - - |