IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

INDEPENDENT PARTY OF FLORIDA and PARTY FOR SOCIALISM AND LIBERATION,

    Plaintiffs,

v.

LAUREL M. LEE, Florida Secretary of State, in her official capacity,

    Defendant.

Case No. 4:20-cv-00110-MW-CAS

## DECLARATION OF BRYAN ELLIS

I, Bryan Ellis, hereby declare that:

1. My name is Bryan Ellis. I make this declaration based on my own personal knowledge. I am competent to testify to the matters stated herein.

2. I reside in Sarasota, Florida.

3. I am the Chairman of The Party for Socialism and Liberation.

1

4. In 2016, The Party for Socialism and Liberation was not allowed to certify candidates for President or Vice President as they had in prior elections.

5. I believe The Party for Socialism and Liberation received a letter similar to the letter attached as Exhibit B to the Declaration of Richard Winger in 2016.

6. The Party for Socialism and Liberation was unable to appeal the Secretary of State's decision to preclude the party's candidate for President and Vice President before the ballots were completed.

7. The Party for Socialism and Liberation has been active in Florida since 2008 and nominated candidates for president in every election since then, except 2016 when we were denied access to the ballot.

8. The Party for Socialism and Liberation cannot afford to spend the money or time necessary to perform a signature gathering campaign that satisfies 137,000 signatures. If the signature requirement is enforced, there will be no candidate for The Party for Socialism and Liberation on the 2020 presidential ballot

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing is true and correct to the best of my information, knowledge and belief.

Dated: March 30, 2020.

_____
Bryan Ellis