IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| INDEPENDENT PARTY OF FLORIDA and PARTY FOR SOCIALISM AND LIBERATION, ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 4:20-cv-00110-MW-CAS |
| LAUREL M. LEE, Florida Secretary of State, in her official capacity, ) ) ) ) | |
| Defendant. ) ) | |

**NOTICE OF FILING OF ADDITIONAL EVIDENCE IN
SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Please take Notice that the following Declarations are Filed in Support of the Plaintiff's Motion for Preliminary Injunction filed on April 6, 2020. (DE 9.) These Declarations are filed pursuant to the Order dated April 13, 2020. (DE 16.)

1

Dated this 23rd day of April, 2020.

        Respectfully submitted,

        **THE BERNHOFT LAW FIRM, S.C.**
        Attorneys for Plaintiffs


        By: /s/ Daniel J. Treuden
            Daniel J. Treuden
            Admitted *pro hac vice*

            1402 E. Cesar Chavez Street
            Austin, Texas 78702
            telephone: (512) 582-2100
            facsimile:  (512) 373-3159
            djtreuden@bernhoftlaw.com

## CERTIFICATE OF SERVICE

The foregoing document was served on the Defendant by the ECF system at the time of filing:

ashley.davis@dos.myflorida.com
Deputy General Counsel Ashley E. Davis

brad.mcvay@dos.myflorida.com
General Counsel Brad R. McVay

Attorneys for:
Laurel M. Lee, Florida Secretary of State
R.A. Gray Building, Suite 100
500 S. Bronough Street
Tallahassee, Florida 32399


Signed this 23rd of April, 2020.


      /s/ Daniel J. Treuden
      Daniel J. Treuden