IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

|  |  |
|---|---|
| INDEPENDENT PARTY OF FLORIDA and PARTY FOR SOCIALISM AND LIBERATION,<br><br>Plaintiffs,<br><br>v.<br><br>LAUREL M. LEE, Florida Secretary of State, in her official capacity,<br><br>Defendant. | Case No. 4:20-cv-00110-MW-CAS |

### SUPPLEMENTAL DECLARATION OF RICHARD WINGER

I, Richard Winger, hereby declare that:

1. My name is Richard Winger. I make this declaration based on my own personal knowledge. I am competent to testify to the matters stated herein.

2. I reside at 3201 Baker Street, San Francisco, California 94123.

3. I submitted a comprehensive declaration in support of the Plaintiffs' Motion for Preliminary Injunction. I submit this declaration to supplement information set forth in my first declaration, in

1

particular the information set forth in Exhibit C, which was updated through 2009.

4. Exhibit C sets forth the largest ballot access petition requirement that any candidate achieved in each state. The information in Exhibit C only included data through 2009. I have now updated the research to the present day.

5. Since 2009, only in Alabama has a candidate that set a new high in any of the fifty states. In 2014, Mark Bray, an independent candidate for the U.S. House of Representatives, Fifth District, overcame a signature requirement of 7,095 to obtain a place on the ballot. This replaces Chuck Baldwin's 2008 ballot access petition requiring 5,000 signatures.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing is true and correct to the best of my information, knowledge and belief.

Dated: April 21, 2020.

_____
Richard Winger

2