IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| INDEPENDENT PARTY OF FLORIDA and PARTY FOR SOCIALISM AND LIBERATION, ))))) | |
| Plaintiffs, | |
| v. | Case No. 4:20-cv-00110-MW-CAS |
| LAUREL M. LEE, Florida Secretary of State, in her official capacity, | |
| Defendant. | |

## CORRECTED DECLARATION OF ERNEST Wm. BACH

I, Ernest Bach, hereby declare that:

1. My name is Ernest Bach. I make this declaration based on my own personal knowledge. I am competent to testify to the matters stated herein.

2. I reside in Largo, Florida.

3. I am the Chairman of The Independent Party of Florida.

4. I received a letter dated September 7, 2016 from the Secretary of State's office indicating that the new definition of "national party"

1

would be enforced, notwithstanding the fact that it had not been previously enforced, and the Independent Party of Florida was barred from the presidential and vice-presidential ballot.

5. The letter filed as Exhibit B to the Declaration of Richard Winger is a true and correct copy of the letter I received in 2016.

6. The Independent Party of Florida was unable to appeal the Secretary of State's decision to preclude the party's candidate for President and Vice President before the ballots were completed

7. The Independent Party of Florida has been active in Florida since 1993 and in 2016, timely and properly nominated Eric McMullin for President, however, that nomination was rejected by the Secretary of State because the party hadn't met the affiliation requirement. Prior to 2016, the Independent Party of Florida did not nominate any candidates because it never affiliated with a national party and the signature requirements for ballot access are too difficult to satisfy.

8. The Independent Party of Florida is truly independent and prefers to maintain complete control over which candidate is nominated for president on behalf of the party.

9. The Independent Party of Florida cannot afford to spend the money or time necessary to perform a signature gathering campaign that satisfies 137,000 signatures. If the signature requirement is enforced, there will be no candidate for the Independent Party of Florida on the 2020 presidential ballot.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing is true and correct to the best of my information, knowledge and belief.

Dated: April 23, 2020.

       /s/ Ernest Wm. Bach
      Ernest Wm. Bach