IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

|  |  |
|---|---|
| INDEPENDENT PARTY OF FLORIDA and PARTY FOR SOCIALISM AND LIBERATION,<br><br>Plaintiffs,<br><br>v.<br><br>LAUREL M. LEE, Florida Secretary of State, in her official capacity,<br><br>Defendant. | Case No. 4:20-cv-00110-MW-CAS |

## DECLARATION OF RICHARD WINGER

I, Richard Winger, hereby declare that:

1. I make this declaration based on my own personal knowledge. I am competent to testify to the matters stated herein.

2. The quotation attributed to me on page 10 of Laurel M. Lee's Opposition paper was miscontrued in the Ninth Circuit's Opinion. I was deposed in the district court case that ultimately went up on appeal, and I was quoted in the opinion at *De La Fuente v. Padilla*, 930 F.3d 1101, 1105-06 (9th Cir. 2019). The Opinion took a quote where I had

1

said "there's almost nobody left to petition," and used that quote to hold that Mr. De La Fuente's ballot access case could appropriately be denied because voters already had a sufficient choice among the partisan candidates.

3. Mr. De La Fuente was running as an independent candidate after failing to obtain the Democratic nomination in 2016. *Id.* at 1104.

4. I made the above-referenced comment regarding the 1996 and 2000 presidential elections in California. In those particular elections (and no other presidential elections) California had eight ballot-qualified parties. All significant presidential candidates running in those two years were on the ballot in California. My generalization did not apply to other presidential election years in California. Many times, significant presidential candidates were not able to get on the ballot in California, including Eugene McCarthy in 1976, Ralph Nader in 2004, and Evan McMullin in 2016.

5. Regarding the Kendrick Meek candidacy in 2010 referred to on in Lee's Opposition Brief at page 11, that candidate did not run on a minor party ticket. Rather, Mr. Meek was a Democratic candidate for Senate.

6. Regarding the Florida 1996 Presidential ballot that included the Reform Party and Libertarian Party candidates, those candidates did meet the 1% signature requirement, but only had to obtain 65,596 signatures that year, which is approximately half the current required number.

<u>Pursuant</u> to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing is true and correct to the best of my information, knowledge and belief.

Dated: May 28, 2020.

_/s/ Richard Winger_
Richard Winger