IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| INDEPENDENT PARTY OF FLORIDA and PARTY FOR SOCIALISM AND LIBERATION,<br><br>Plaintiffs,<br><br>v.<br><br>LAUREL M. LEE, Florida Secretary of State, in her official capacity,<br><br>Defendant. | Case No. 4:20-cv-00110-MW-CAS |

## DECLARATION OF BRYAN ELLIS

I, Bryan Ellis, hereby declare that:

1. The Party for Socialism and Liberation intends on nominating Gloria La Riva as its Presidential candidate. This is in conjunction with the national Party for Socialism and Liberation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing is true and correct to the best of my information, knowledge and belief.

Dated: May 28, 2020.

                                                  */s/ Bryan Ellis*
                                                  Bryan Ellis