**PRESIDENT AND VICE PRESIDENT CANDIDATE PETITION - MINOR POLITICAL PARTY**

*Notes:*  *- All information on this form becomes a public record upon receipt by the Supervisor of Elections.*
*- It is a crime to knowingly sign more than one petition for a candidate. [Section 104.185, Florida Statutes]*
*- If all requested information on this form is not completed, the form will not be valid as a Candidate Petition form.*

I, _____ the undersigned, a registered voter
(print name as it appears on your voter information card)

in said state and county, petition to have the candidates for President and Vice President nominated by

_____
(insert name of minor political party)

placed on the General Election ballot for the presidential election occuring in _____.
(insert year)

| Date of Birth   or   Voter Registration Number (MM/DD/YY) | Address |
|---|---|

| City | County | State | Zip Code |
|---|---|---|---|

| Signature of Voter | Date Signed (MM/DD/YY) [to be completed by voter] |
|---|---|

**Rule 1S-2.045, F.A.C.**                                                                                                **DS-DE 18B (Eff. 09/11)**

Exhibit A