**Florida Voter Registration Application-Part 1 – Instructions**

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

**If you do not meet any ONE of these requirements, you are not eligible to register.**

**Questions?**

Contact the Supervisor of Elections in your county:
dos.elections.myflorida.com/supervisors/
Visit the Florida Division of Elections' website at:
dos.myflorida.com/elections/

**CRIMINAL OFFENSE:** It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

**PUBLIC RECORD:** Once filed, all information including your phone number and email address as provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

*Special ID requirements:* If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo *(acceptable IDs*--U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); **or** 2) A copy of an ID that shows your name and current residence address *(acceptable documents*--utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: dos.myflorida.com/elections/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

---

**Numbered rows 1 through 7 and 12 must be completed for a new registration.**

---

**Florida Voter Registration Application**
Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C.)(eff. 7/2019)

Form available online at/Formulario disponible en línea en:
registertovoteflorida.gov

**This is:** ☐ New Registration  ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)  ☐ Request to Replace Voter Information Card

| # | | |
|---|---|---|
| 1 | Are you a citizen of the United States of America?   ☐ YES   ☐ NO | **OFFICIAL USE ONLY** |
| 2 | ☐ I affirm I have never been convicted of a felony.<br>☐ If I have been convicted of a felony, I affirm my voting rights have been restored by the Board of Executive Clemency.<br>☐ If I have been convicted of a felony, I affirm my voting rights have been restored pursuant to s. 4, Art. VI of the State Constitution upon the completion of all terms of my sentence, including parole or probation. | **FVRS No:** |
| 3 | ☐ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | |
| 4 | **Date of Birth**   (MM-DD-YYYY)   __ __ - __ __ - __ __ __ __ | |
| 5 | **Florida Driver License (FL DL) or Florida identification (FL ID) Card Number**   __ __ - __ __ __ - __ __ __ - __ __ | If no FL DL or FL ID, then provide → **Last 4 digits of Social Security Number**   ☐ I have NONE of these numbers. |

| 6 | **Last Name** | **First Name** | **Middle Name** | **Name Suffix** (Jr., Sr., I, II, etc.): |
|---|---|---|---|---|
| 7 | **Address Where You Live** (legal residence-no P.O. Box) | Apt/Lot/Unit   City | | County   Zip Code |
| 8 | **Mailing Address** (if different from above address) | Apt/Lot/Unit   City | | State or Country   Zip Code |
| 9 | **Address Where You Were Last Registered to Vote** | Apt/Lot/Unit   City | | State   Zip Code |
| 10 | **Former Name** (if name is changed) | **Gender**  ☐ M  ☐ F | **State or Country of Birth** | **Telephone No.** (optional) ( ) - |
| 11 | ☐ Email me SAMPLE BALLOTS if option is available in my county. (See *Public Record* Notice above)   **My email address is:** | | | |

**Party Affiliation**
*(Check only one. If left blank, you will be registered without party affiliation)*
☐ Florida Democratic Party
☐ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name): _____

**Race/Ethnicity** *(Check only one)*
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☐ Black, *not of Hispanic Origin*
☐ Hispanic
☐ White, *not of Hispanic Origin*
☐ Multi-racial
☐ Other: _____

*(Check only one if applicable)*
☐ I am an active duty **Uniformed Services or Merchant Marine member**
☐ I am **a spouse or a dependent of** an active duty uniformed services or merchant marine member
☐ I am **a U.S. citizen residing outside the U.S.**

☐ **I will need assistance with voting.**

☐ **I am interested in becoming a poll worker.**

| 12 | **Oath:** *I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.* | **SIGN/MARK HERE** →   _____ | **Date** |
|---|---|---|---|

Exhibit B

Page 1 of 2

| Address your envelope to your County Supervisor of Elections. (Rev 09/2019) | **Flagler**-Supervisor of Elections<br>PO Box 901<br>Bunnell FL 32110-0901<br>Phone: 386-313-4170 | **Lake**-Supervisor of Elections<br>PO Box 457<br>Tavares FL 32778-0457<br>Phone: 352-343-9734 | **Pasco**-Supervisor of Elections<br>PO Box 300<br>Dade City FL 33526-0300<br>Phone: 800-851-8754 |
|---|---|---|---|
| **Alachua**-Supervisor of Elections<br>515 N Main St Ste 300<br>Gainesville FL 32601-3348<br>Phone: 352-374-5252 | **Franklin**-Supervisor of Elections<br>47 Ave F<br>Apalachicola FL 32320-1723<br>Phone: 850-653-9520 | **Lee**-Supervisor of Elections<br>PO Box 2545<br>Fort Myers FL 33902-2545<br>Phone: 239-533-8683 | **Pinellas**-Supervisor of Elections<br>13001 Starkey Rd<br>Largo FL 33773-1416<br>Phone: 727-464-8683 |
| **Baker**-Supervisor of Elections<br>PO Box 505<br>Macclenny FL 32063-0505<br>Phone: 904-259-6339 | **Gadsden**-Supervisor of Elections<br>PO Box 186<br>Quincy FL 32353-0186<br>Phone: 850-627-9910 | **Leon**-Supervisor of Elections<br>PO Box 7357<br>Tallahassee FL 32314-7357<br>Phone: 850-606-8683 | **Polk**-Supervisor of Elections<br>PO Box 1460<br>Bartow FL 33831-1460<br>Phone: 863-534-5888 |
| **Bay**-Supervisor of Elections<br>830 W 11th St<br>Panama City FL 32401-2336<br>Phone: 850-784-6100 | **Gilchrist**-Supervisor of Elections<br>112 S Main St Rm 128<br>Trenton FL 32693-3260<br>Phone: 352-463-3194 | **Levy**-Supervisor of Elections<br>421 S Court St<br>Bronson FL 32621-6520<br>Phone: 352-486-5163 | **Putnam**-Supervisor of Elections<br>2509 Crill Ave Ste 900<br>Palatka FL 32177-4267<br>Phone: 386-329-0224 |
| **Bradford**-Supervisor of Elections<br>PO Box 58<br>Starke FL 32091-0058<br>Phone: 904-966-6266 | **Glades**-Supervisor of Elections<br>PO Box 668<br>Moore Haven FL 33471-0668<br>Phone: 863-946-6005 | **Liberty**-Supervisor of Elections<br>PO Box 597<br>Bristol FL 32321-0597<br>Phone: 850-643-5226 | **Santa Rosa**-Supervisor of Elections<br>6495 Caroline St Ste F<br>Milton FL 32570-4592<br>Phone: 850-983-1900 |
| **Brevard**-Supervisor of Elections<br>PO Box 410819<br>Melbourne FL 32941-0819<br>Phone: 321-633-2124 | **Gulf**-Supervisor of Elections<br>401 Long Ave<br>Port St Joe FL 32456-1707<br>Phone: 850-229-6117 | **Madison**-Supervisor of Elections<br>239 SW Pinckney St<br>Madison FL 32340-2470<br>Phone: 850-973-6507 | **Sarasota**-Supervisor of Elections<br>PO Box 4194<br>Sarasota FL 34230-4194<br>Phone: 941-861-8600 |
| **Broward**-Supervisor of Elections<br>PO Box 029001<br>Ft Lauderdale FL 33302-9001<br>Phone: 954-357-7050 | **Hamilton**-Supervisor of Elections<br>1153 US Hwy 41 NW Ste 1<br>Jasper FL 32052-5899<br>Phone: 386-792-1426 | **Manatee**-Supervisor of Elections<br>PO Box 1000<br>Bradenton FL 34206-1000<br>Phone: 941-741-3823 | **Seminole**-Supervisor of Elections<br>PO Box 1479<br>Sanford FL 32772-1479<br>Phone: 407-585-8683 |
| **Calhoun**-Supervisor of Elections<br>20859 Central Ave E Rm 117<br>Blountstown FL 32424-2266<br>Phone: 850-674-8568 | **Hardee**-Supervisor of Elections<br>311 N 6th Ave<br>Wauchula FL 33873-2319<br>Phone: 863-773-6061 | **Marion**-Supervisor of Elections<br>PO Box 289<br>Ocala FL 34478-0289<br>Phone: 352-620-3290 | **St. Johns**-Supervisor of Elections<br>4455 Ave A Ste 101<br>St Augustine FL 32095-5200<br>Phone: 904-823-2238 |
| **Charlotte**-Supervisor of Elections<br>226 Taylor St Unit 120<br>Punta Gorda FL 33950-4458<br>Phone: 941-833-5400 | **Hendry**-Supervisor of Elections<br>PO Box 174<br>LaBelle FL 33975-0174<br>Phone: 863-675-5230 | **Martin**-Supervisor of Elections<br>PO Box 1257<br>Stuart FL 34995-1257<br>Phone: 772-288-5637 | **St. Lucie**-Supervisor of Elections<br>4132 Okeechobee Rd<br>Ft Pierce FL 34947-5412<br>Phone: 772-462-1500 |
| **Citrus**-Supervisor of Elections<br>PO Box 1870<br>Lecanto FL 34460-1870<br>Phone: 352-341-6740 | **Hernando**-Supervisor of Elections<br>20 N Main St Rm 165<br>Brooksville FL 34601-2850<br>Phone: 352-754-4125 | **Miami-Dade**-Supervisor of Elections<br>PO Box 521550<br>Miami FL 33152-1550<br>Phone: 305-499-8363 | **Sumter**-Supervisor of Elections<br>7375 Powell Rd Ste 125<br>Wildwood FL 34785-4228<br>Phone: 352-569-1540 |
| **Clay**-Supervisor of Elections<br>PO Box 337<br>Green Cove Springs FL 32043-0337<br>Phone: 904-269-6350 | **Highlands**-Supervisor of Elections<br>PO Box 3448<br>Sebring FL 33871-3448<br>Phone: 863-402-6655 | **Monroe**-Supervisor of Elections<br>530 Whitehead St # 101<br>Key West FL 33040-6577<br>Phone: 305-292-3416 | **Suwanee**-Supervisor of Elections<br>220 Pine Ave SW<br>Live Oak FL 32064-2315<br>Phone: 386-362-2616 |
| **Collier**-Supervisor of Elections<br>3750 Enterprise Ave<br>Naples FL 34104-3659<br>Phone: 239-252-8683 | **Hillsborough**-Supervisor of Elections<br>2514 N Falkenburg Rd<br>Tampa FL 33619-0917<br>Phone: 813-744-5900 | **Nassau**-Supervisor of Elections<br>96135 Nassau Pl Ste 3<br>Yulee FL 32097-8699<br>Phone: 904-491-7500 | **Taylor**-Supervisor of Elections<br>PO Box 1060<br>Perry FL 32348-1060<br>Phone: 850-838-3515 |
| **Columbia**-Supervisor of Elections<br>971 W Duval St Ste 102<br>Lake City FL 32055-3709<br>Phone: 386-758-1026 | **Holmes**-Supervisor of Elections<br>201 N Oklahoma St Ste 102<br>Bonifay FL 32425-2243<br>Phone: 850-547-1107 | **Okaloosa**-Supervisor of Elections<br>302 N Wilson St Ste 102<br>Crestview FL 32536-3474<br>Phone: 850-689-5600 | **Union**-Supervisor of Elections<br>175 W Main St<br>Lake Butler FL 32054-1639<br>Phone: 386-496-2236 |
| **Desoto**-Supervisor of Elections<br>PO Box 89<br>Arcadia FL 34265-0089<br>Phone: 863-993-4871 | **Indian River**-Supervisor of Elections<br>4375 43rd Ave<br>Vero Beach FL 32967-1067<br>Phone: 772-226-3440 | **Okeechobee**-Supervisor of Elections<br>304 NW 2nd St Rm 144<br>Okeechobee FL 34972-4146<br>Phone: 863-763-4014 | **Volusia**-Supervisor of Elections<br>125 W New York Ave<br>DeLand FL 32720-5415<br>Phone: 386-736-5930 |
| **Dixie**-Supervisor of Elections<br>PO Box 2057<br>Cross City FL 32628-2057<br>Phone: 352-498-1216 | **Jackson**-Supervisor of Elections<br>PO Box 6046<br>Marianna FL 32447-6046<br>Phone: 850-482-9652 | **Orange**-Supervisor of Elections<br>PO Box 562001<br>Orlando FL 32856-2001<br>Phone: 407-836-2070 | **Wakulla**-Supervisor of Elections<br>PO Box 305<br>Crawfordville FL 32326-0305<br>Phone: 850-926-7575 |
| **Duval**-Supervisor of Elections<br>105 E Monroe St<br>Jacksonville FL 32202-3213<br>Phone: 904-630-1414 | **Jefferson**-Supervisor of Elections<br>380 W Dogwood St<br>Monticello FL 32344-1374<br>Phone: 850-997-3348 | **Osceola**-Supervisor of Elections<br>2509 E Irlo Bronson Memorial Hwy<br>Kissimmee FL 34744-4909<br>Phone: 407-742-6000 | **Walton**-Supervisor of Elections<br>571 US Hwy 90 E<br>DeFuniak Springs FL 32433-1374<br>Phone: 850-892-8112 |
| **Escambia**-Supervisor of Elections<br>PO Box 12601<br>Pensacola FL 32591-2601<br>Phone: 850-595-3900 | **Lafayette**-Supervisor of Elections<br>PO Box 76<br>Mayo FL 32066-0076<br>Phone: 386-294-1261 | **Palm Beach**-Supervisor of Elections<br>PO Box 22309<br>West Palm Beach FL 33416-2309<br>Phone: 561-656-6200 | **Washington**-Supervisor of Elections<br>1331 South Blvd Ste 900<br>Chipley FL 32428-2233<br>Phone: 850-638-6230 |

Exhibit B