IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| INDEPENDENT PARTY OF FLORIDA and PARTY FOR SOCIALISM AND LIBERATION, <br><br> Plaintiffs, <br><br> v. <br><br> LAUREL M. LEE, Florida Secretary of State, in her official capacity, <br><br> Defendant. | Case No. 4:20-cv-00110-MW-CAS |

## NOTICE OF APPEAL

The Independent Party of Florida and the Party for Socialism and Liberation, the Plaintiffs in this matter, hereby appeal the Order dated June 8, 2020 denying the Plaintiffs' Motion for Preliminary Injunction. (Doc. 39.) This appeal is made to the United States Court of Appeals for the Eleventh Circuit.

Dated this 8th day of June, 2020.

        Respectfully submitted,

        **THE BERNHOFT LAW FIRM, S.C.**
        Attorneys for Plaintiffs


        By: /s/ Daniel J. Treuden
            Daniel J. Treuden
            Admitted *pro hac vice*

            1402 E. Cesar Chavez Street
            Austin, Texas 78702
            telephone: (512) 582-2100
            facsimile:  (512) 373-3159
            djtreuden@bernhoftlaw.com

## CERTIFICATE OF SERVICE

The foregoing document was served on the Defendant by the ECF system at the time of filing:

ashley.davis@dos.myflorida.com
Deputy General Counsel Ashley E. Davis

brad.mcvay@dos.myflorida.com
General Counsel Brad R. McVay

Attorneys for:
Laurel M. Lee, Florida Secretary of State
R.A. Gray Building, Suite 100
500 S. Bronough Street
Tallahassee, Florida 32399


Signed this 8th of June, 2020.


                                                /s/ Daniel J. Treuden
                                                Daniel J. Treuden