IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

|  |  |
|---|---|
| INDEPENDENT PARTY OF FLORIDA and PARTY FOR SOCIALISM AND LIBERATION,<br><br>Plaintiffs,<br><br>v.<br><br>LAUREL M. LEE, Florida Secretary of State, in her official capacity,<br><br>Defendant. | Case No. 4:20-cv-00110-MW-CAS |

**JOINT RESPONSE TO COURT'S
ORDER DATED AUGUST 10, 2020**

The Parties, through their respective counsel of record, jointly file this response to the Court's Order dated August 10, 2020 which orders that, after conferral, the Parties notify this Court whether they intend to proceed as scheduled or on an expedited basis. (DE 51.)

The Parties have conferred by telephone on August 12, 2020 and they intend to jointly move to amend the scheduling order, but not to expedite the matter. They believe the issues can be resolved on cross motions for summary judgment after the General Election and will

1

propose a schedule that allows for that, without changing the currently scheduled trial date. Part of that request will be to extend discovery, as relevant facts have yet to arise.

Dated this 14th day of August, 2020.

        Respectfully submitted,

        **THE BERNHOFT LAW FIRM, S.C.**
        Attorneys for Plaintiffs

        By: /s/ Daniel J. Treuden
            Daniel J. Treuden
            Admitted *pro hac vice*

            1402 E. Cesar Chavez Street
            Austin, Texas 78702
            telephone: (512) 582-2100
            facsimile:  (512) 373-3159
            djtreuden@bernhoftlaw.com

## **CERTIFICATE OF SERVICE**

The foregoing document was served on the Defendant by the ECF system at the time of filing:

ashley.davis@dos.myflorida.com
Deputy General Counsel Ashley E. Davis

brad.mcvay@dos.myflorida.com
General Counsel Brad R. McVay

Attorneys for:
Laurel M. Lee, Florida Secretary of State
R.A. Gray Building, Suite 100
500 S. Bronough Street
Tallahassee, Florida 32399


Signed this 14th of August, 2020.


   /s/ Daniel J. Treuden
Daniel J. Treuden