## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

| | |
|---|---|
| INDEPENDENT PARTY OF FLORIDA and PARTY FOR SOCIALISM AND LIBERATION, )<br><br>Plaintiffs, )<br><br>v. )<br><br>LAUREL M. LEE, Florida Secretary of State, in her official capacity, )<br><br>Defendant. ) | Case No. 4:20-cv-00110-MW-CAS |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties, through their respective counsel of record, hereby stipulate to dismiss this action with each party to bear its own costs.

Dated this 25th day of September, 2020.

Respectfully submitted,

**THE BERNHOFT LAW FIRM, S.C.**
Attorneys for Plaintiffs


By: /s/ Daniel J. Treuden
      Daniel J. Treuden
      Admitted *pro hac vice*

      1402 E. Cesar Chavez Street
      Austin, Texas 78702
      telephone: (512) 582-2100
      facsimile:  (512) 373-3159
      djtreuden@bernhoftlaw.com


**FLORIDA DEPT. OF STATE**
Counsel for Secretary of State


By: /s/ Ashley E. Davis
      Bradley R. McVay (FBN 79034)
      *General Counsel*
      Ashley E. Davis (FBN 48032)
      *Deputy General Counsel*
      Colleen O'Brien (FBN 76578)
      *Assistant General Counsel*

      R.A. Gray Building, Suite 100
      500 South Bronough Street
      Tallahassee, Florida 32399-0250
      telephone: (850) 245-6536
      facsimile:  (850) 245-6127

## <u>CERTIFICATE OF SERVICE</u>

The foregoing document was served on the Defendant by the ECF

system at the time of filing:

ashley.davis@dos.myflorida.com
Deputy General Counsel Ashley E. Davis

brad.mcvay@dos.myflorida.com
General Counsel Brad R. McVay

Attorneys for:
Laurel M. Lee, Florida Secretary of State
R.A. Gray Building, Suite 100
500 S. Bronough Street
Tallahassee, Florida 32399


Signed this 25th of September, 2020.


   /s/ Daniel J. Treuden
Daniel J. Treuden