IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**INDEPENDENT PARTY
OF FLORIDA,
and
PARTY FOR SOCIALISM
AND LIBERATION,**

    *Plaintiffs*,

v.                              CASE NO.: 4:20cv110-MW/MAF

**LAUREL M. LEE, Florida
Secretary of State, in her
official capacity,**

    *Defendant*.

_____/

## ORDER CLOSING FILE

The parties have jointly filed a Stipulation of Dismissal. ECF No. 56. Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the dismissal is effective without and order from this Court.[1]

The Clerk must enter judgment stating, "This case is dismissed without prejudice under Federal Rule of Civil Procedure 41(a) with each party to bear its

---

[1] Under Rule 41(a)(1)(B), the dismissal is without prejudice unless the stipulation states otherwise. Here, the stipulation does not state otherwise.

1

own costs." The Clerk must close the file.

**SO ORDERED on September 25, 2020.**

<u>**s/Mark E. Walker**</u><br>**Chief United States District Judge**