# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

INDEPENDENT PARTY OF FLORIDA
and PARTY FOR SOCIALISM AND
LIBERATION

      VS                                       CASE NO.  4:20-cv-00110-MW-MAF

LAUREL M LEE, SECRETARY OF
STATE IN HER OFFICIAL CAPACITY

## JUDGMENT

This case is dismissed without prejudice under Federal Rule of Civil Procedure 41(a)

with each party to bear its own costs.

                                      JESSICA J. LYUBLANOVITS
                                      CLERK OF COURT

 September 25, 2020           s/Betsy Breeden
DATE                              Deputy Clerk: Betsy Breeden